NOSSAMAN LLP
ROBERT D. THORNTON (SBN 072934)
rthornton@nossaman.com
PAUL S. WEILAND (SBN 237058)
pweiland@nossaman.com
ROBERT C. HORTON (SBN 235187)
rhorton@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612-0177
Telephone:  (949) 833-7800
Facsimile:   (949) 833-7878

Attorneys for Plaintiffs Nossaman LLP, Coalition for a Sustainable Delta, and Kern County Water Agency

KERN COUNTY WATER AGENCY
AMELIA T. MINABERRIGARAI (SBN 192359)
P.O. Box 58
Bakersfield, CA 93302-0058
Telephone:  (661) 634-1400
Facsimile:   (661) 634-1428

Attorney for Plaintiff Kern County Water Agency

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOSSAMAN LLP, COALITION FOR A SUSTAINABLE DELTA, and KERN COUNTY WATER AGENCY, a public entity,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Case No:  1:10-CV-01627-OWW-SKO<br><br>**ORDER RE PLAINTIFFS COALITION FOR A SUSTAINABLE DELTA AND KERN COUNTY WATER AGENCY'S NOTICE OF DISMISSAL OF ACTION**<br><br>**[FED. R. CIV. P. 41(a)(1)(A)(i)]**<br><br>Judge:       Hon. Oliver W. Wanger<br><br>Filed:         September 8, 2010 |

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiffs Coalition for a Sustainable Delta ("Coalition") and the Kern County Water Agency ("KCWA") filed a voluntary notice of dismissal of all claims for relief on October 25, 2010. (ECF No. 11.)

2. On September 8, 2010, Plaintiffs Nossaman LLP, Coalition, and KCWA filed a complaint for injunctive and declaratory relief against Defendant U.S. Department of Homeland Security ("DHS") for violations of the Freedom of Information Act.

3. Defendant DHS has not filed an answer or motion for summary judgment in this litigation.

4. This litigation is not a class action.

5. This litigation is not a derivative suit or an action relating to an unincorporated association.

6. No receiver has been appointed in this litigation.

7. This litigation is not governed by a federal statute that requires a court order for a voluntary dismissal of the action.

8. Plaintiffs Coalition and KCWA have not previously dismissed an action based on or including the same claims in this litigation.

9. This dismissal is without prejudice to refiling.

10. Only the Coalition and KCWA are dismissing this action against Defendant DHS.

11. Upon Plaintiffs Coalition and Kern's filing of their notice of dismissal, Plaintiff Nossaman LLP remained the sole plaintiff in this action. Fed. R. Civ. P. 41(a)(1)(A)(i); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (voluntary dismissal pursuant to notice of dismissal filed by plaintiff is effective on filing); *Pedrina v. Chun*, 987 F.2d 608, 609-610 (9th Cir. 1993) (notice of dismissal is self-executing with no need for court approval or judicial approval).

In light of the recited facts, the clerk is hereby directed to dismiss the actions brought by Plaintiffs Coalition for a Sustainable Delta and Kern County Water Agency, acknowledging that their dismissal was effective as of the date of filing of their notice of dismissal.

IT IS SO ORDERED.

Dated:   **November 3, 2010**          **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

ORDER RE COALITION AND KCWA'S NOTICE OF DISMISSAL OF ACTION          1:10-CV-01627-OWW-SKO
10cv1627.o.ntce.dismissal.actn.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28