1 BENJAMIN B. WAGNER
United States Attorney
2 YOSHINORI H. T. HIMEL
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2760

5 Attorneys for Defendant
UNITED STATES DEPARTMENT OF HOMELAND SECURITY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| NOSSAMAN, LLP, | 1:10-cv-1627-OWW-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR INITIAL TWO-WEEK CONTINUANCE OF SCHEDULING CONFERENCE** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | Date: Jan. 26, 2011
Time: 8:15 AM
Ctrm: 3 (3rd Fl., OWW) |
| Defendant. | |

NOSSAMAN, LLP, plaintiff, and the UNITED STATES DEPARTMENT OF HOMELAND SECURITY, defendant, have timely discussed the matters mentioned in the Order Setting Mandatory Scheduling Conference filed September 9, 2010, with its exhibit; are discussing settlement; and believe that a short continuance would serve these efforts and judicial economy. No previous extension of this time has been requested or granted. The parties therefore stipulate as follows, subject to the Court's approval as provided for hereon, as follows.

    1. The Scheduling Conference set for 8:15 AM on January 26, 2011, before Judge Wanger, should be and is CONTINUED for two weeks, until 8:15 AM on February 9, 2011, before Judge Wanger.

STIPULATION AND ORDER FOR INITIAL TWO-WEEK CONTINUANCE OF SCHEDULING CONFERENCE  Page 1

1    2. The filing and emailing date for a Joint Scheduling Report accordingly is February 2, 2011.

Dated: January 14, 2011                                  NOSSAMAN, LLP

                                              By:   */s/ Robt Horton*
                                                    PAUL S. WEILAND
                                                    ROBERT C. HORTON
                                                    Attorneys for Plaintiffs

Dated: January 14, 2011                                  BENJAMIN B. WAGNER
                                                         United States Attorney

                                              By:   */s/ Y Himel*
                                                    YOSHINORI H. T. HIMEL
                                                    Assistant U. S. Attorney
                                                    Attorneys for Defendant

                                ORDER

IT IS SO ORDERED.

**Dated:   January 18, 2011**              **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE