BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Defendant
UNITED STATES DEPARTMENT OF HOMELAND SECURITY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOSSAMAN, LLP, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | 1:10-cv-01627-OWW-DLB <br><br> **STIPULATION AND ORDER TO VACATE SUMMARY JUDGMENT SCHEDULE TO PROMOTE SETTLEMENT** <br><br> Date: September 12, 2011 <br> Time: 10:00 AM <br> Ctrm: 3 (3rd Fl., OWW) |

    The parties are making progress toward settling the captioned FOIA lawsuit. In particular, although they differ on a number of legal issues, they believe they have arrived at a practical framework that addresses the needs of both sides and that shows promise of resolving the litigation. Although the Amended Scheduling Conference Order filed February 14, 2011, sets a schedule for declaration filing and summary judgment argument from May 20, 2011, to September 12, 2011, the litigation will be detrimental to further settlement progress. Instead, the parties believe that the most beneficial course would be for the Court to stay the action but maintain control by setting a status conference and a filing date for a joint status report.

    The parties therefore jointly request, subject to the Court's approval as provided for hereon, as follows:

STIPULATION AND ORDER TO VACATE SUMMARY JUDGMENT SCHEDULE TO PROMOTE SETTLEMENT    Page 1

1.  That the dates in the Amended Scheduling Conference Order filed February 14, 2011, be and are VACATED and the action STAYED except as follows.

2.  That a Status Conference be and is SET before Judge Dennis L. Beck for July 14, 2011, at 9:30 AM.

3.  That by June 30, 2011, the parties shall file a joint status report stating whether they have settled the case; if not, stating whether they wish to continue the status conference; and if not, covering the matters specified in the Order Setting Mandatory Scheduling Conference filed September 9, 2010.

Dated:  May 16, 2011                                NOSSAMAN, LLP

By:   */s/ Robt Horton*
PAUL S. WEILAND
ROBERT C. HORTON
Attorneys for Plaintiffs

Dated:  May 16, 2011                                BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Y Himel*
YOSHINORI H. T. HIMEL
Assistant U. S. Attorney
Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   **May 17, 2011**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE