BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Defendant
UNITED STATES DEPARTMENT OF HOMELAND SECURITY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOSSAMAN, LLP, | 1:10-cv-1627-OWW-DLB |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

Upon the parties' joint request, the Status Conference previously set for July 14, 2011, at 9:30 AM, is CONTINUED until August 3, 2011, at 9:30 am before Judge Beck.

IT IS SO ORDERED.

Dated:   July 1, 2011              /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING STATUS CONFERENCE