BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Defendant
UNITED STATES DEPARTMENT OF HOMELAND SECURITY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOSSAMAN LLP,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | 1:10-cv-1627-OWW-DLB<br><br>**STIPULATION AND ORDER RESOLVING FREEDOM OF INFORMATION ACT SUIT** |

　　　Subject to the approval of the Court as provided for hereon, the parties hereby stipulate as follows:

　　　1. By this stipulation and proposed Order, the plaintiff, Nossaman LLP ("Nossaman"), and the defendant, U.S. Department of Homeland Security ("DHS"), compromise and resolve all issues in the captioned Freedom of Information Act ("FOIA") action premised on a FOIA request by Nossaman to the Federal Emergency Management Agency ("FEMA"). Specifically, the questions of the scope of the FOIA request dated March 16, 2009, the legal status of documents held by federal contractor Insurance Services Office, Inc., of Central Point, Oregon ("ISO"), DHS's FOIA administrative fees under 5 U.S.C. § 552(a)(4)(A), taxable costs under 28 U.S.C. § 1920, and Nossaman's

1 attorney's fees and litigation costs under 5 U.S.C. § 552(a)(4)(E), are settled hereby.  No
2 admission is made on these or any other subjects.
3     2. Defendant has obtained and redacted, and defense counsel holds in electronic
4 form, approximately 4,500 pages of materials from ISO.  These will be supplied to
5 Nossaman promptly, and in any event within 30 days from approval hereof.
6     3. This action is hereby DISMISSED WITH PREJUDICE.
7     4. No money shall change hands.  All amounts incurred for defendant's FOIA
8 administrative fees and Nossaman's costs or attorney's fees are deemed to cancel each
9 other.

Dated:  July 29, 2011                                           NOSSAMAN LLP

                                                                  By:     */s/ Paul S. Weiland*
                                                                            PAUL S. WEILAND
                                                                            ROBERT C. HORTON
                                                                            Attorneys for Plaintiff

Dated:  July 29, 2011                                           BENJAMIN B. WAGNER
                                                                            United States Attorney

                                                                  By:     */s/ YHimel*
                                                                            YOSHINORI H. T. HIMEL
                                                                             Assistant U. S. Attorney
                                                                             Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

**Dated:   July 29, 2011**                        */s/ Oliver W. Wanger*
                                                                  UNITED STATES DISTRICT JUDGE